

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

UNITED STATES OF AMERICA

v.   CASE NUMBER: 2:21-mj-00115

BRANDON BEVERLY

### SEALED MOTION TO SEAL

Comes now the United States of America by Kathleen E. Robeson, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to seal the Criminal Complaint, the corresponding Affidavit, Arrest Warrant, this sealed Motion and Order, in order to effectuate the arrest of the defendant in this matter. The United States also moves this Court to authorize disclosure of the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By:   /s/Kathleen E. Robeson
KATHLEEN E. ROBESON
Assistant United States Attorney
VA State Bar No. 89526
300 Virginia Street, East
Room 4000
Charleston, West Virginia 25301
Telephone:  304-345-2200