

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.    CASE NUMBER: 2:21-mj-00115

BRANDON BEVERLY

### S E A L E D  O R D E R

For the reasons set forth in the Sealed Motion to Seal, the United States Sealed Motion to Seal is hereby granted. The United States is authorized to disclose the arrest warrant, or its existence, to such law enforcement agencies as are necessary to effect the arrest.

Upon the Defendant's arrest, this case shall be unsealed without further Order from the Court.

The Clerk is directed to provide a copy of this Order to the United States Attorney.

ENTER: July 7, 2021

DWANE L. TINSLEY
United States Magistrate Judge