IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-mj-00115

BRANDON BEVERLY

MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>.  This case involves a:

    \_\_\_    crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    \_\_\_    maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    \_\_\_    10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    \_\_\_    felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    \_\_\_    minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    _x_    serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    _x_    serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    _x_    Defendant's appearance as required

    _x_    Safety of any other person and the community

3. <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes) The presumption applies because:

    __   Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    __   Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    __   Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    __   At first appearance

    _x_   After continuance of _3_ days (not more than 3).

5. <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: October 21, 2021

                                      Respectfully submitted,

                                      WILLIAM S. THOMPSON
                                      United States Attorney

By:

                                      <u>/s/ Kathleen E. Robeson</u>
                                      Kathleen E. Robeson
                                      Assistant United States Attorney
                                      VA Bar No. 89526
                                      300 Virginia Street, East
                                      Room 4000
                                      Charleston, WV 25301
                                      Telephone:  304-345-2200
                                      Fax: 304-347-2200
                                      Email:  Kathleen.robeson@usdoj.gov