# Courtroom Minute Entry

**Room:** Judge Tinsley Charleston  
**Caption:** USA v. Brandon Beverly  
**Case No.:** 2:21-mj-00115   **Type:** Initial Appearance on Complaint  
**Judge:** Judge Tinsley

**Started:** 10/21/2021 4:03:43 PM  
**Ends:** 10/21/2021 4:10:03 PM   **Length:** 00:06:21

Judge Dwane L. Tinsley  
Courtroom Deputy: Kim Begovich  
Defendant: Brandon Beverly  
Assistant U.S. Attorney: Kathleen Robeson  
CJA Panel Attorney: Gerald M. Titus, III  
Probation Officer: Shamika Wade  
Court Reporter: CourtSmart

**INITIAL APPEARANCE**

| Time | Event |
|---|---|
| 4:04:48 PM | Judge Dwane L. Tinsley |
| 4:04:53 PM | Case called, noted appearances of counsel, and defendant present in courtroom |
| 4:05:37 PM | Stated rights of defendant and defendant acknowledged these rights |
| 4:06:05 PM | Defendant: Brandon Beverly |
| 4:06:07 PM | Stated personal information |
| 4:06:41 PM | Judge Dwane L. Tinsley |
| 4:06:43 PM | Reviewed financial affidavit and defendant does qualify for court-appointed counsel |
| 4:06:51 PM | Ordered the appointment of an attorney on the CJA Panel |
| 4:06:55 PM | Stated additional rights of defendant and defendant acknowledged these rights |
| 4:07:15 PM | Stated violation(s) in charging document and possible penalties |
| 4:07:48 PM | You have the right to a preliminary hearing. |
| 4:07:55 PM | Defendant shall next appear for a preliminary hearing on Tuesday, October 26, 2021 at 2:30 p.m. |
| 4:08:14 PM | The United States has filed a motion for detention hearing |
| 4:08:28 PM | Detention will be heard at that same time |
| 4:08:43 PM | Due Process Protections Act of 2020 |
| 4:09:29 PM | Ordered the defendant detained and remanded to USMS custody pending the next hearing |
| 4:09:45 PM | Anything else counsel wishes to address? |
| 4:09:49 PM | Hearing Adjourned |